| | |
|---|---|
| 1 | **COX, WOOTTON, LERNER,** |
| | **GRIFFIN & HANSEN LLP** |
| 2 | Galin G. Luk (SBN 199728) |
| | Marc A. Centor (SBN 252011) |
| 3 | 900 Front Street, Suite 350 |
| | San Francisco, CA 94111 |
| 4 | Telephone No.: (415) 438-4600 |
| | Facsimile No.: (415) 438-4601 |
| 5 | |
| | Attorneys for Defendant |
| 6 | OCEAN ANGEL IV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN NGUYEN, Surviving Spouse of TOAN TRAN, | Case No.: 3:16-cv-04023 ~~EDL~~ JST |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ADR** |
| v. | |
| OCEAN ANGEL IV, LLC, and DOES 1-10, inclusive, *in personam*, and the F/V OCEAN ANGEL IV, and her engines, tackles, apparel, etc., *in rem*, | |
| Defendants. | |

Defendants OCEAN ANGEL IV, LLC, *in personam*, and the F/V OCEAN ANGEL IV, *in rem* ("Defendants") and plaintiff MEN NGUYEN ("Plaintiff") hereby jointly submit this Stipulation and Proposed Order Regarding ADR.

On June 22, 2017, this Court ordered the parties to engaged in a private mediation by December 1, 2017. Although the parties have worked diligently toward this end, due to various factors beyond their control the parties have been unable to mediate this case by that deadline. The parties have, however, agreed to and scheduled a January 17, 2018, private mediation.

The parties believe that their unanimous availability on January 17, 2018, and their stipulation to that date with an agreed-upon mediator, constitutes good cause for an extension of the mediation deadline previously set in this case.

-1-
STIPULATION AND ~~PROPOSED~~ ORDER REGARDING ADR

The parties therefore stipulate and respectfully request that this Court grant the proposed order below and extend the mediation deadline in this matter through January 17, 2018.

Dated: December 5, 2017

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
Attorneys for Defendant
OCEAN ANGEL IV, LLC
and F/V OCEAN ANGEL IV

/s/Marc A. Centor
Marc A. Centor

Dated: December 5, 2017

DL LAW GROUP
Attorneys for Plaintiff
MEN NGUYEN

/s/ Katie J. Spielman
Katie J. Spielman

### [PROPOSED] ORDER

**IT IS ORDERED** that the deadline in this action for private mediation is extended through January 17, 2018.

Dated: December 6, 2017

Jon S. Tigar
United States District Judge

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

USF.Nguyen