David M. Lilienstein, Esq. SBN 218923
Katie J. Spielman, Esq. SBN 252209
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
Email: david@dllawgroup.com, katie@dllawgroup.com

Attorneys for Plaintiff,
MEN NGUYEN, Surviving Spouse of TOAN TRAN

Galin L. Luk, Esq. SBN 199728
Marc A. Centor, Esq. SBN 252011
**COX, WOOTTON, LERNER
GRIFFIN & HANSEN, LLP**
900 Front St., Ste 350
San Francisco, CA 94111
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

Attorneys for Defendant,
OCEAN ANGEL IV, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN NGUYEN, Surviving Spouse of TOAN TRAN,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN ANGEL IV, LLC, and DOES 1 through 10, inclusive *in personam,* and the Fishing Vessel, OCEAN ANGEL IV, and her engines, tackle, apparel, etc., *in rem,*<br><br>Defendants. | Case No. 3:16-cv-04023-JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND ASSOCIATED DEADLINES**<br><br>Complaint Filed: July 15, 2016<br>Trial Date: June 25, 2018<br>Judge: Hon. Jon S. Tigar |

Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN ("Plaintiff") and Defendant OCEAN ANGEL IV, LLC, *in personam,* and the Fishing Vessel, OCEAN ANGEL IV, and her engines, tackle, apparel, etc., *in rem* ("Defendants") hereby jointly submit this Stipulation and Proposed Order to Continue Trial Date and Related Deadlines. There have been no prior trial date continuances in this action.

On July 15, 2016, Plaintiff filed a complaint for personal injury, negligence under the Jones Act, and breach of the warranty of seaworthiness under the General Maritime Law. On May 24, 2017, this Court issued its Scheduling Order regarding ADR and Trial Dates. In that Scheduling Order, this Court set a Trial Date of June 25, 2018.

Good cause now exists to continue this trial date for the following reasons: (1) The parties have a confirmed date for the private mediation of this matter on January 17, 2018; (2) the parties have expended significant efforts to locate critical witnesses—including eyewitnesses to the decedent's heart attack and Dr. Thai Vinh Tran, the retired former physician of the decedent—but have so far been unsuccessful in those efforts; (3) the parties continue to meet and confer regarding discovery issues in the hopes of avoiding motion practice; (4) defendant Ocean Angel IV, LLC, is the owner of an active fishing vessel, and it is currently fishing season. Accordingly, the availability of the vessel's captain, Mr. David Tibbles, is limited. Plaintiff has no desire to disturb the operation of the vessel or the livelihood of her crew, and has agreed to postpone Mr. Tibbles' deposition at least until the completion of private mediation.

The parties, having met and conferred, agree that a 90-day extension to the trial date and related dates is therefore warranted.

The parties therefore stipulate and respectfully request that this Court grant the proposed order below and extend the trial date and associated deadlines by 90 days, or as soon thereafter as this Court is able to accommodate trial.

Based on the foregoing, the parties respectfully request that this Court continue the pretrial and trial deadlines in the following manner:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | January 1, 2018 | April 1, 2018 |
| Expert disclosures | January 15, 2018 | April 15, 2018 |
| Expert rebuttal | February 1, 2018 | May 2, 2018 |
| Expert discovery cut-off | March 1, 2018 | May 30, 2018 |
| Deadline to file dispositive motions | March 9, 2018 | June 7, 2018 |
| Pretrial conference statement due | May 22, 2018 | August 20, 2018 |
| Pretrial conference | June 1, 2018 at 2:00 p.m. | August 30, 2018 at 2:00 p.m. |
| Trial | June 25, 2018 at 8:30 a.m. | September 24, 2018 at 8:30 a.m. |
| Estimate of trial length (in days) | Twelve | Twelve |

Dated: December 15, 2017  Respectfully Submitted,

**DL LAW GROUP**


By: /S/ Katie J. Spielman
David M. Lilienstein, Esq.
Katie J. Spielman, Esq.
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN


Dated: December 15, 2017  Respectfully Submitted,

**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**


By: /S/ Marc A. Centor
Marc A. Centor
Attorney for Defendants OCEAN ANGEL IV, LLC and F/V OCEAN ANGEL IV

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 15, 2017

Respectfully Submitted,
**DL LAW GROUP**

By: /S/ Katie J. Spielman
David M. Lilienstein, Esq.
Katie J. Spielman, Esq.
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN

# [~~PROPOSED~~] ORDER

**IT IS ORDERED** that the trial in this action is continued to September 24, 2018. **IT IS FURTHER ORDERED** that pretrial and trial deadlines are likewise continued by 90 days as set forth below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | January 1, 2018 | April 1, 2018 |
| Expert disclosures | January 15, 2018 | April 15, 2018 |
| Expert rebuttal | February 1, 2018 | May 2, 2018 |
| Expert discovery cut-off | March 1, 2018 | May 30, 2018 |
| Deadline to file dispositive motions | March 9, 2018 | June 7, 2018 |
| Pretrial conference statement due | May 22, 2018 | August 20, 2018 |
| Pretrial conference | June 1, 2018 at 2:00 p.m. | August ~~30~~ 31, 2018 at 2:00 p.m. |
| Trial | June 25, 2018 at 8:30 a.m. | September 24, 2018 at 8:30 a.m. |
| Estimate of trial length (in days) | Twelve | Twelve |

Dated: December 18, 2017

Jon S. Tigar
United States District Judge