David M. Lilienstein, Esq. SBN 218923
Katie J. Spielman, Esq. SBN 252209
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
Email: david@dllawgroup.com, katie@dllawgroup.com

Attorneys for Plaintiff,
MEN NGUYEN, Surviving Spouse of TOAN TRAN

Galin Luk, Esq. SBN 199728
Marc A. Centor, Esq. SBN 252011
**COX, WOOTTON, LERNER**
**GRIFFIN & HANSEN, LLP**
900 Front St., Ste 350
San Francisco, CA 94111
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

Attorneys for Defendant,
OCEAN ANGEL IV, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN NGUYEN, Surviving Spouse of TOAN TRAN,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN ANGEL IV, LLC, and DOES 1 through 10, inclusive *in personam,* and the Fishing Vessel, OCEAN ANGEL IV, and her engines, tackle, apparel, etc., *in rem,*<br><br>Defendants. | Case No. 3:16-cv-04023-JST<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF SQUID FISHERMAN DATA BY CALIFORNIA DEPARTMENT OF FISH & WILDLIFE** |

WHEREAS Plaintiff Men Nguyen, Surviving Spouse of Toan Tran, filed a Complaint for personal injury negligence under the Jones Act, and breach of the warranty of seaworthiness under the general Maritime Law on July 15, 2016.

WHEREAS by Order dated December 18, 2017, the Court continued the pretrial and trial deadlines.

WHEREAS Fact discovery-cut off is April 1, 2018.

WHEREAS the Parties in this action recognize that the California Department of Fish & Wildlife ("DFW") holds relevant records regarding Defendant F/V Ocean Angel IV's commercial fishing reports, fish receipts, and log books from May 1, 2013 to August 31, 2013.

WHEREAS Plaintiff subpoenaed the DFW on March 2, 2018.

WHEREAS Plaintiff confirmed with Joseph Milton, Senior Staff Counsel in General Counsel's Office of the DFW that the DFW possesses documents related to the F/V Ocean Angel IV's commercial fishing reports, fish receipts, and log books from May 1, 2013 to August 31, 2013.

WHEREAS DFW Staff Counsel Milton indicated that the DFW cannot release the F/V Ocean Angel IV's information without an Order by this Court instructing the DFW to do so.

WHEREAS the Declaration of Joseph Milton, filed concurrently with this stipulation, confirms that the DFW will not, and does not, oppose issuance by the Court of such an Order. See Declaration of Joseph Milton at ¶ 4.

WHEREAS DFW Staff Counsel Milton will release true and correct copies of F/V Ocean Angel IV's commercial fishing reports, fish receipts, and log books from May 1, 2013 to August 31, 2013 to all Parties in this action.

IT IS THEREFORE STIPULATED, CONSENTED TO AND AGREED that:

1. By Order of this Court, California Department of Fish & Wildlife will release to undersigned counsel for Plaintiff Men Nguyen, and the undersigned counsel for Defendants, the F/V Ocean Angel IV's commercial fishing reports, fish receipts, and log books from May 1, 2013 to August 31, 2013.

2. Pursuant to this Stipulation and [Proposed] Order, the parties will keep the information that they receive from the DFW confidential and will not use such information beyond the scope of discovery in this action.

Dated: March 16, 2018	Respectfully submitted,

**DL LAW GROUP**

By: /S/ Katie J. Spielman
David M. Lilienstein, Esq.
Katie J. Spielman, Esq.
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN

Dated: March 16, 2018	Respectfully Submitted,

**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**

By: /S/ Marc A. Centor
Marc A. Centor
Attorneys for Defendants OCEAN ANGEL IV, LLC and F/V OCEAN ANGEL IV

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: March 16, 2018

Respectfully Submitted,
**DL LAW GROUP**

By: /S/ Katie J. Spielman
David M. Lilienstein, Esq.
Katie J. Spielman, Esq.
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN

# [~~PROPOSED~~] ORDER

Upon presentation of the Parties' Stipulation re: Release of the F/V Ocean Angel IV's commercial fishing reports, fish receipts, and log books from May 1, 2013 to August 31, 2013 by the Department of Fish & Wildlife, and the Declaration of DFW Senior Staff Counsel Joseph Milton attached thereto, it is hereby so **ORDERED**:

Pursuant to Cal. Fish & Game Code § 8022, the California Department of Fish & Wildlife shall release to undersigned counsel for all Parties in this action, confidential information in its possession.

The Parties shall treat any information that they receive pursuant to this Order that is considered confidential under Cal. Fish & Game Code § 8022 as confidential.

**IT IS SO ORDERED**

Dated: March 16, 2018

_____
John S. Tigar
United States District Judge