# [PROPOSED] ORDER

**IT IS ORDERED** that the trial date and all associated deadlines in this matter are continued approximately 60 days as set forth below.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | April 1, 2018 | June 1, 2018 |
| Expert disclosures | April 15, 2018 | June 15, 2018 |
| Expert rebuttal | May 2, 2018 | July 2, 2018 |
| Expert discovery cut-off | May 30, 2018 | July 30, 2018 |
| Deadline to file dispositive motions | June 7, 2018 | August 7, 2018 |
| Pretrial conference statement due | August 20, 2018 | October 19, 2018 |
| Pretrial conference | August 31, 2018 | November 2, 2018 ~~October 31, 2018~~ |
| Trial | September 24, 2018 | November 26, 2018 |

Dated: March 26, 2018

Jon S. Tigar
United States District Judge