**COX, WOOTTON, LERNER
GRIFFIN & HANSEN, LLP**
Galin L. Luk (SBN 199728)
Marc A. Centor (SBN 252011)
900 Front St., Suite 350
San Francisco, CA 94111
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

Attorneys for Defendant
OCEAN ANGEL IV, LLC

**DL LAW GROUP**
David M. Lilienstein (SBN 218923)
Katie J. Spielman (SBN 252209)
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484

Attorneys for Plaintiff
MEN NGUYEN, Surviving Spouse of TOAN TRAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN NGUYEN, Surviving Spouse of TOAN TRAN,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN ANGEL IV, LLC, and DOES 1 through 10, inclusive *in personam,* and the Fishing Vessel, OCEAN ANGEL IV, and her engines, tackle, apparel, etc., *in rem,*<br><br>Defendants. | Case No. 3:16-cv-04023-JST<br><br>**STIPULATION AND ORDER CONTINUING TRIAL DATE AND PRETRIAL DEADLINES**<br><br>Complaint Filed: July 15, 2016<br>Trial Date: September 24, 2018<br>Judge: Hon. Jon S. Tigar |

Defendant OCEAN ANGEL IV, LLC ("Defendant") and plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN ("Plaintiff"), hereby jointly submit this Stipulation and Proposed Order Continuing Trial Date and Associated Deadlines

On July 15, 2016, Plaintiff filed a complaint for personal injury, negligence under the Jones Act, and breach of the warranty of seaworthiness under the General Maritime Law. On May 24, 2017, this Court issued its Scheduling Order regarding ADR and Trial Dates. In that Scheduling Order, this Court set a Trial Date of June 25, 2018. On December 18, 2017, this Court continued the trial date to September 24, 2018, and continued the discovery deadlines accordingly. On March 26, 2018, this Court continued the trial date to November 26, 2018, and continued the discovery deadlines accordingly.

Good cause now exists to continue the trial date and discovery deadlines for the following reasons: (1) counsel for Defendant, Galin Luk, has a conflict with another trial that was scheduled prior to the trial in this matter, which he mistakenly overlooked at the time of the last continuance; (2) late November is the middle of squid-fishing season, and necessary witnesses are likely to be unavailable to testify at that time; (3) the parties continue to discuss settlement with their mediator and remain committed to attempting in good faith to resolve this matter out of court; and (4) the parties have completed fact discovery.

The parties, having met and conferred, agree that an extension to the trial date and pretrial deadlines is therefore warranted, and have agreed upon a new date that complies with both parties' schedules. The parties therefore stipulate and respectfully request that this Court grant the proposed order below and extend the trial date and pretrial deadlines in this matter as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | June 1, 2018 | No change |
| Expert disclosures | June 15, 2018 | August 15, 2018 |
| Expert rebuttal | July 2, 2018 | September 4, 2018 |
| Expert discovery cut-off | July 30, 2018 | September 28, 2018 |
| Deadline to file dispositive | August 7, 2018 | October 8, 2018 |

| | | |
|---|---|---|
| motions | | |
| Pretrial conference statement due | October 19, 2018 | January 21, 2019 |
| Pretrial conference | November 2, 2018 | February 4, 2019 |
| Trial | November 26, 2018 | February 28, 2019 |

Respectfully submitted,

Dated: June 11, 2018

**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**
Attorney for Defendants OCEAN ANGEL IV, LLC and F/V OCEAN ANGEL IV

By: /s/ Galin L. Luk
     Galin L. Luk

Dated: June 11, 2018

**DL LAW GROUP**
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN

By: /s/ David M. Lilienstein
     David M. Lilienstein

## **ORDER**

**IT IS ORDERED** that the trial date and pretrial deadlines in this matter are continued as set forth below. The Court does not expect to grant any further continuances.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | June 1, 2018 | No change |
| Expert disclosures | June 15, 2018 | August 15, 2018 |
| Expert rebuttal | July 2, 2018 | September 4, 2018 |
| Expert discovery cut-off | July 30, 2018 | September 28, 2018 |
| Deadline to file dispositive motions | August 7, 2018 | October 5, 2018 |

| Pretrial conference statement due | October 19, 2018 | January 21, 2019 |
| Pretrial conference | November 2, 2018 | February 1, 2019 |
| Trial | November 26, 2018 | February 25, 2019 |

Dated: June 12, 2018

Jon S. Tigar
United States District Judge