David M. Lilienstein, SBN 218923
Katie J. Spielman, SBN 252209
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
Email: david@dllawgroup.com, katie@dllawgroup.com

Attorneys for Plaintiff,
MEN NGUYEN, Surviving Spouse of TOAN TRAN

Galin L. Luk, SBN 199728
Marc A. Centor, SBN 252011
**COX, WOOTTON, LERNER
GRIFFIN & HANSEN, LLP**
900 Front St., Ste 350
San Francisco, CA 94111
Telephone: (415) 438-4600
Facsimile: (415) 438-4601

Attorneys for Defendants,
OCEAN ANGEL IV, LLC and
F/V OCEAN ANGEL IV

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEN NGUYEN, Surviving Spouse of TOAN TRAN,<br><br>   Plaintiff,<br><br>v.<br><br>OCEAN ANGEL IV, LLC, and DOES 1 through 10, inclusive *in personam,* and the Fishing Vessel, OCEAN ANGEL IV, and her engines, tackle, apparel, etc., *in rem,*<br><br>   Defendants. | Case No. 3:16-cv-04023-JST<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT, THE HONORABLE JON S. TIGAR, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

It is hereby stipulated by and between Plaintiff Men Nguyen, Surviving Spouse of Toan Tran, and Defendants Ocean Angel IV, LLC, and the F/V Ocean Angel IV, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 17, 2018         Respectfully Submitted,

**DL LAW GROUP**

By: /s/ David M. Lilienstein
David M. Lilienstein
Katie J. Spielman
Attorneys for Plaintiff MEN NGUYEN, Surviving Spouse of TOAN TRAN

Dated: December 17, 2018         Respectfully Submitted,

**COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP**

By:    /s/ Marc A. Centor
Marc A. Centor
Attorney for Defendants OCEAN ANGEL IV, LLC and F/V OCEAN ANGEL IV

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 17, 2018         Respectfully Submitted,
**DL LAW GROUP**

By:    /s/ David M. Lilienstein
David M. Lilienstein

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

This action is hereby dismissed with prejudice. All case deadlines shall be vacated. Each party shall bear its own attorneys' fees and costs.

Dated: December __18__, 2018

_____
Hon. Jon S. Tigar
United States District Judge